948 F.2d 1280
 Bradley (Carol), Estate of Bradley (Thomas), Bradley
(Pauline), Bradshaw (Oliver, Sandra), Bunch (James, Mary),
Crumpler (Nelson, Evelyn), Eller (Mary Foster), Foster
(Bernadine, Helen), Hart (Ralph), Heafner (Beverly), Trustee
for Frankos (John), Hebrony (Renee), Frankel (Julie), Prince
(Sheila), Hunt (Evan, Sr.), Alexander (Annabel), Kunkle
(Mary), Malbone (Lankford, Jeanette), Musarra (Salvatore,
Jr.), Pitts (Mildred, Cameron), Sumner (Marianna), Dixon (Margaret),
 NO. 91-2055
 United States Court of Appeals,
Fourth Circuit.
 NOV 27, 1991
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.